PETER LUZZI *v.* RONALD CASSIDENTO ET AL.
(4372)

DUPONT, C. J., HULL and SPALLONE, Js.

Argued June 3—decision released June 8, 1987

*Joseph F. Keefe* and *Marc M. Schindelman,* for the appellant (named defendant).

*Aaron P. Slitt,* for the appellee (plaintiff).

PER CURIAM. There is no error.